# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10075
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 31, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

OMAR AMED CISNEROS-VILLAGRANA,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-185-3

---

Before ELROD, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Omar Amed Cisneros-Villagrana has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cisneros-Villagrana has filed a letter in which he plainly states his desire to withdraw his appeal. Cisneros-Villagrana's motion for

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-10075

voluntary dismissal is GRANTED, counsel's motion to withdraw is DENIED as moot, and the appeal is DISMISSED. *See* FED. R. APP. P. 42(b); 5TH CIR. R. 42.1.